JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RICHARD W. PETERSON, | Case No.: CV 17-04748-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| STEVE LANGFORD, Warden, | |
| Respondent. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: September 25, 2017

_____
JOHN D. EARLY
United States Magistrate Judge